No. 04–1144. AYOTTE, ATTORNEY GENERAL OF NEW HAMPSHIRE *v.* PLANNED PARENTHOOD OF NORTHERN NEW ENGLAND ET AL. C. A. 1st Cir. [Certiorari granted, 544 U. S. 1048.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 04–1186. WACHOVIA BANK, NATIONAL ASSN. *v.* SCHMIDT ET AL. C. A. 4th Cir. [Certiorari granted, 545 U. S. 1113.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. JUSTICE THOMAS took no part in the consideration or decision of this motion.

No. 04–1244. SCHEIDLER ET AL. *v.* NATIONAL ORGANIZATION FOR WOMEN, INC.; and

No. 04–1352. OPERATION RESCUE *v.* NATIONAL ORGANIZATION FOR WOMEN, INC., ET AL. C. A. 7th Cir. [Certiorari granted, 545 U. S. 1151.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 04–1360. HUDSON *v.* MICHIGAN. Ct. App. Mich. [Certiorari granted, 545 U. S. 1138.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 05–5734. WHITEHEAD *v.* WICKHAM. Ct. App. D. C. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 805] denied.

No. 05–6876. OWEN *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until November 28, 2005, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 05–6919. IN RE CHAPMAN. Petition for writ of mandamus denied.